IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AZIZ FORTUNE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LOUIS GIORLA ET AL. | : | NO. 11-615 |

### ORDER

**AND NOW**, this 21st day of December, 2011, upon consideration of Defendants' Motion for Summary Judgment (Docket No. 16), and Plaintiff's response thereto, **IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The Motion is **GRANTED** as to Plaintiff's claim arising out of the conditions of his confinement and **JUDGMENT IS ENTERED** in favor of Giorla and Delaney and against Plaintiff as to that count.

2. Giorla and Delaney are **DISMISSED** as Defendants in this action.

3. The Motion is **DENIED** as to Plaintiff's claim arising out of his alleged assault by Sergeant Knight.

BY THE COURT:

/s/ John R. Padova
───────────────────
John R. Padova, J.